FILED

2016 MAR 22 PM 12: 16

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

TH

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 15-CR-1619-BEN |
|---|---|
| v. | **ORDER AND JUDGMENT OF DISMISSAL WITHOUT PREJUDICE** |
| JUAN RUBIO-FLORES, | |
| Defendant. | |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Information against defendant JUAN RUBIO-FLORES in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.

DATED: March 22, 2016.

Hon. Roger T. Benitez
United States District Judge